IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| ROLAND CRISTOBAL SALAZAR | § | |
| VS. | § | CIVIL ACTION NO. 5:11cv74 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION AND ORDER

Petitioner Roland Cristobal Salazar, an inmate confined at the Telford Unit, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner brings this petition challenging the validity of a state court conviction obtained in Harris County, Texas. The magistrate judge entered an order directing the Clerk to transfer this action to the United States District Court for the Southern District of Texas. Petitioner has filed objections to the transfer, asserting that the petition should remain in this district because that is where he is confined.

## Analysis

In accordance with 28 U.S.C. § 636(b)(1)(A), a judge of the court may reconsider any pretrial matter referred to a magistrate judge under subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

Having examined the allegations in petitioner's objections and the file in this action, the Court finds no support for petitioner's objections. As the magistrate judge observed, this Court's jurisdiction is concurrent with the United States District Court for the Southern District of Texas.

Petitioner's grounds for review clearly challenge the validity of his Harris County conviction and, thus, should be transferred to such forum. It is therefore

**ORDERED** that petitioner's objections to the order of transfer are **OVERRULED**.

**SIGNED this 21st day of April, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE